**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1390**

———————

MESSAY ALEM ADDIS,

                                        Petitioner,

        versus

JOHN ASHCROFT, Attorney General,

                                        Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A29-697-658)

———————

Submitted:  September 29, 2003        Decided:  October 17, 2003

———————

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Oti W. Nwosu, Arthur D. Wright, III, THE WRIGHT LAW NETWORK,
Washington, D.C., for Petitioner.  Peter D. Keisler, Assistant
Attorney General, Emily Anne Radford, Assistant Director, Aviva L.
Poczter, Office of Immigration Litigation, UNITED STATES DEPARTMENT
OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Messay Alem Addis, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals. The order denied his motion to reconsider the Board's denial of his motion to reopen his deportation proceedings before the immigration judge whose previous denial of Addis's applications for asylum and withholding of removal the Board affirmed. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Addis's motion to reconsider. See 8 C.F.R. § 1003.2(a) (2003). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Addis, No. A29-697-658 (B.I.A. Mar. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2